■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RICHARD PARKER SPAINHOWER, Also Known as RICHARD PARKER, Respondent.—Order unanimously affirmed on the opinion at Trial Term, Stone, J. (See, also, *People v Miller,* 38 AD2d 677, affd 34 NY2d 336.) (Appeal from order of

Onondaga Supreme Court—dismiss indictment.) Present—Marsh, P. J., Moule, Simons, Schnepp and Witmer, JJ.